UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EDUCATION MANAGEMENT SERVICES, LLC | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) ) | CIVIL NO. SA-14-CA-135-OG |
| ERIK SLAIKEU | ) ) ) |
| Defendant | ) |

## O R D E R

Pending before the Court is Defendant's Motion and Brief in Support to Vacate Order of Dismissal, Reinstate Case, and Consolidate with other cases for discovery (Dkt. # 30). Because related cases involving similar issues have been referred to United States Magistrate Judge Pamela A. Mathy, this matter is also referred to Magistrate Judge Mathy for review and recommendation.

It is so ORDERED this **16** day of October, 2014.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE