UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 1 4 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| EDUCATION MANAGEMENT SERVICES, LLC | ) ) ) |
| Plaintiff | ) ) ) |
| v. | ) CIVIL NO. SA-14-CA-135-OG ) |
| ERIK SLAIKEU and STEAMBOAT MANAGEMENT GROUP, LLC | ) ) ) ) |
| Defendants | ) |

## O R D E R

On this date, the Court considered the report and recommendation of United States Magistrate Judge Pamela A. Mathy, filed in the above-styled and numbered cause on November 20, 2014. (Dkt. # 42). The parties were served with a copy of the recommendation, and no objections have been filed. The Court has reviewed the recommendation, and the findings and conclusions therein are neither clearly erroneous nor contrary to law.

It is therefore ORDERED that the recommendation of United States Magistrate Judge Pamela A. Mathy be and is hereby ACCEPTED pursuant to 28 U.S.C. § 636(b)(1).

It is further ORDERED that Defendant Erik Slaikeu's Motion to Vacate Order of Dismissal, Reinstate, and Consolidate (Dkt. # 30) is DENIED for the reasons stated in the recommendation. This case will remain closed.

SIGNED and ENTERED this 14 day of January, 2015.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE